IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHAEL ORAHOOD, et al., :

         Plaintiffs,          Case No. 3:03-cv-364

DOLE FRESH VEGETABLES, INC., :     Judge Walter Herbert Rice

         Defendants.

### DISMISSAL ORDER

The above captioned matter has been settled, and it is hereby ordered terminated upon the docket records of this Court.

WHR/kse

March 29, 2007

                                              *(signature)*
                                              WALTER HERBERT RICE, JUDGE
                                              UNITED STATES DISTRICT COURT